1014

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
P. FLORCZAK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02569-6, Frank L. Sullivan, J., entered Feb-
ruary 4, 1992. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Scholfield and Becker, JJ.

GEORGE AARON STOOKEY, ET AL, *Respondents*, v.
ROBERT TUREK, ET AL, *Defendants*, DAVID D. LONAY,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-2-06903-2, Ann Schindler, J., entered July 19,
1993. *Affirmed* by unpublished per curiam opinion.

CYRIL M. FROL, ET AL, *Respondents*, v. THE CITY OF
CHENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 92-2-01956-1, Harold D. Clarke, J., entered
March 10, 1993. *Reversed* by unpublished opinion per
Sweeney, J., concurred in by Thompson, C.J., and Schultheis,
J.

THE STATE OF WASHINGTON, *Respondent*, v. KATHERINE
YVETTE DUPREE, *Appellant*.

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 91-1-00041-0, Larry M. Kristianson, J.,
entered May 7, 1992. *Reversed* and *remanded* by unpublished
opinion per Munson, J., concurred in by Thompson, C.J., and
Schultheis, J.